1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CARL ECKSTROM,                          Case No.  2:25-cv-1769-DAD-JDP (P)

12              Plaintiff,

13        v.                                 ORDER

14   M. KAMAU, *et al*.,

15              Defendants.

16

17        Plaintiff filed a motion for extension of time to file objections to the July 29, 2025

18   findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

19        1. Plaintiff's motion for an extension of time, ECF No. 8, is granted; and

20        2. Plaintiff is granted until August 26, 2025, to file objections to the findings and

21   recommendations.

22   IT IS SO ORDERED.

23

24   Dated:    August 15, 2025          _____

25                                      JEREMY D. PETERSON
                                        UNITED STATES MAGISTRATE JUDGE
26

27

28

                                             1