UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL ECKSTROM,

          Plaintiff,

    v.

M. KAMAU, *et al.*,

          Defendants.

Case No.  2:25-cv-1769-DAD-JDP (P)

ORDER

On July 29, 2025, I submitted findings and recommendations that plaintiff's application to proceed in forma pauperis be denied because he is a "three-striker" within the meaning of section 1915(g). ECF No. 7.  Those recommendations are pending before the district judge.  Plaintiff has filed a motion for expedited referral to a magistrate for a settlement conference.  ECF No. 13. That motion is denied as premature.  This case cannot proceed until the issue of the filing fee is settled and the initial complaint is screened.  Plaintiff may renew his motion once those matters are finalized.

1

It is ORDERED that plaintiff's motion for expedited referral to magistrate judge for a settlement conference, ECF No. 13, is DENIED without prejudice to renewal.

IT IS SO ORDERED.


Dated:     March 13, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE