UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL ECKSTROM,

Plaintiff,

v.

M. KAMAU, et al.,

Defendants.

Case No. 2:25-cv-1769-DAD-JDP (P)

ORDER

On August 19, 2026, the district judge adopted, over plaintiff's objections, my findings and recommendations that the application to proceed *in forma pauperis*, ECF No. 2, be denied because plaintiff is a "three-striker" within the meaning of section 1915(g). ECF No. 15. The district judge directed plaintiff to tender the filing fee within thirty days. *Id.* On September 22, 2026, plaintiff filed a "motion for decision" on the findings and recommendations that had already been adopted. ECF No. 16. Therein, plaintiff raises additional objections and argues that he is not a "three-striker." *Id.* at 1-2. This motion is denied, because the findings and recommendations have already been adopted, and because he is not entitled to file additional objections after the fact.[1]

[1] I decline to construe this motion as one for reconsideration, because it is not titled as such and because it does not set forth or argue the applicable standards for such relief in the

Accordingly, it is ORDERED that plaintiff's motion for decision, ECF No. 16, is DENIED.

IT IS SO ORDERED.

Dated: September 25, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

motion itself.